1 | BENJAMIN B. WAGNER
United States Attorney
2 | MATTHEW G. MORRIS
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2771

**FILED**

APR 1 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF: ) S.W. NO. 11-SW-120
)
5182 SONOMA BLVD SUITE 210      )
VALLEJO, CALIFORNIA 94589       )
)  ORDER TO UNSEAL DOCUMENTS
_____ )

The Court hereby orders that the affidavit, search warrant application, search warrant, petition to seal, and sealing order in the above-referenced case shall be unsealed.

DATED: 4-12-11

_____
CRAIG M. KELLISON
United States Magistrate Judge